UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                                         ) | CASE NO. MJ 14-008 |
|         Plaintiff,                                  ) | |
|                                                         ) | |
|         v.                                             ) | |
|                                                         ) | DETENTION ORDER |
| DAVID ANTHONY MCKEAN,         ) | |
|                                                         ) | |
|         Defendant.                              ) | |
|                                                         ) | |

<u>Offense charged</u>:     Felon in Possession of a Firearm; Possession of a Firearm with an Obliterated Serial Number

<u>Date of Detention Hearing</u>:    March 6, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by complaint with possession of a firearm, having been convicted of crimes punishable by imprisonment for over one year, as well as possession of a firearm with an obliterated serial number.

2. Defendant's criminal record includes numerous failures to appear with bench warrant activity, as well as violations of court ordered supervision. He was released from the custody of the Washington State Department of Corrections recently, having served a term of imprisonment for a controlled substance violation.

3. Defendant has a substance abuse problem and is alleged to be a member of a gang.

4. Defendant poses a risk of nonappearance due to lack of stable residence, substance abuse, lack of employment, and failures to appear with bench warrant activity. He poses a risk of danger due to the nature of the instant offense, criminal record including failures to comply with court ordered supervision, and possible gang ties.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER
PAGE -2

01  counsel;

02  3. On order of the United States or on request of an attorney for the Government, the
03     person in charge of the corrections facility in which defendant is confined shall deliver
04     the defendant to a United States Marshal for the purpose of an appearance in connection
05     with a court proceeding; and

06  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel
07     for the defendant, to the United States Marshal, and to the United State Pretrial Services
08     Officer.

09  DATED this 6th day of March, 2014.

                                            _____
                                            Mary Alice Theiler
                                            Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3